|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 21, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDRE HELLAMS,<br><br>　　　　Defendant. | Case No.  2:21-mj-75-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDRE HELLAMS ,

Case No.  2:21-mj-75-DB  Charge 21 USC § 846 and 841(a)(1) , from custody for the following reasons:

　　　　_____ Release on Personal Recognizance

　　　　_____ Bail Posted in the Sum of $ _____

　　　　__X__ Unsecured Appearance Bond $ _10,000, co-signed by Brieanna Taylor_

　　　　_____ Appearance Bond with 10% Deposit

　　　　_____ Appearance Bond with Surety

　　　　_____ Corporate Surety Bail Bond

　　　　__X__ (Other): PTS Supervision, under the terms and conditions as stated on the record

Issued at Sacramento, California on May 21, 2021 at _3:21 pm_____

　　　　　　　　　　　By:    /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney