COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ANDRE HELLAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDRE HELLAMS,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:21-CR-00104 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on March 25, 2024. Mr. Hellams recently experienced serious health issues. The parties now request a continuance to allow sufficient time to prepare a presentence investigation report and for the defense to otherwise prepare for the hearing.

Accordingly, by this stipulation and with the consent of the probation officer, the parties now move to continue the Judgment and Sentencing to July 18, 2024, with the following schedule:

Judgment and Sentencing Date:　　　　　　　　　　　　　　　　　　　July 18, 2024

Reply, or Statement of Non-Opposition　　　　　　　　　　　　　　　July 11, 2024

Formal Objections to the Presentence Report shall be filed with the court
And served on Probation Officer and opposing counsel no later than:　July 4, 2024

| | |
|---|---|
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 27, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 20, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | June 6, 2024 |

**IT IS SO STIPULATED.**

DATED: March 28, 2024                /s/ Cameron Desmond
                                     CAMERON DESMOND
                                     Assistant United States Attorney


DATED: March 28, 2024                /s/ Chris Cosca
                                     CHRIS COSCA
                                     Counsel for Defendant
                                     ANDRE HELLAMS


## **ORDER**

IT IS SO FOUND AND ORDERED this 29th day of March, 2024.

_____
Troy L. Nunley
United States District Judge

2