COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ANDRE HELLAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANDRE HELLAMS,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-CR-00104 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on July 18, 2024. Mr. Hellams recently experienced serious health issues requiring surgery, and additional surgeries are scheduled through August 2024. The parties now request a continuance to allow sufficient time to prepare a presentence investigation report and for the defense to otherwise prepare for the hearing.

Accordingly, by this stipulation and with the consent of the probation officer, the parties now move to continue the Judgment and Sentencing to October 24, 2024, with the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **October 24, 2024, at 9:30 a.m.** |
| Reply, or Statement of Non-Opposition | October 17, 2024 |
| Formal Objections to the Presentence Report shall be filed with the court And served on Probation Officer and opposing counsel no later than: | October 10, 2024 |

1
USA v. HELLAMS, Stipulation and Order to Con't J&S

| | |
|---|---|
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 3, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 26, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | September 12, 2024 |

**IT IS SO STIPULATED.**

DATED: June 21, 2024                /s/ Cameron Desmond
                                    CAMERON DESMOND
                                    Assistant United States Attorney


DATED: June 21, 2024                /s/ Chris Cosca
                                    CHRIS COSCA
                                    Counsel for Defendant
                                    ANDRE HELLAMS


## ORDER

IT IS SO FOUND AND ORDERED this 26th day of June, 2024.

_____
Troy L. Nunley
United States District Judge