1  COSCA LAW CORPORATION
   CHRIS COSCA (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   ANDRE HELLAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00104 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| ANDRE HELLAMS, | |
| Defendant. | |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on October 24, 2024. Since March of this year, Mr. Hellams has experienced numerous, serious health issues requiring hospitalization. On October 14, 2024, he was again admitted to the hospital, and it is unknown when he will be released. As a result of these issues, a PSR interview has not been completed. Accordingly, the parties now request a continuance to allow sufficient time to prepare a presentence investigation report and for the defense to otherwise prepare for the hearing.

By this stipulation and with the consent of the probation officer, the parties now move to continue the Judgment and Sentencing to February 27, 2025, at 9:30 a.m. with the following schedule:

///

1
USA v. HELLAMS, Stipulation and Order to Con't J&S

| | |
|---|---|
| Judgment and Sentencing Date: | February 27, 2025 |
| Reply, or Statement of Non-Opposition | February 20, 2025 |
| Formal Objections to the Presentence Report shall be filed with the court And served on Probation Officer and opposing counsel no later than: | February 13, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 06, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 30, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 16, 2025 |

**IT IS SO STIPULATED.**

DATED: October 15, 2024            /s/ Cameron Desmond
                                   CAMERON DESMOND
                                   Assistant United States Attorney


DATED: October 15, 2024            /s/ Chris Cosca
                                   CHRIS COSCA
                                   Counsel for Defendant
                                   ANDRE HELLAMS


## ORDER

IT IS SO FOUND AND ORDERED this 21st day of October 2024.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2
USA v. HELLAMS, Stipulation and Order to Con't J&S